| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>cmiller@wrightlegal.net<br>knielson@wrightlegal.net<br>*Attorneys for Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; EL CAPITAN RANCH LANDSCAPE MAINTENANCE ASSOCIATION,<br><br>Defendants. | Case No.:   2:18-cv-00013-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO EL CAPITAN RANCH LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4 ("U.S. Bank"), and Defendant, El Capitan Ranch Landscape Maintenance Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 3, 2018, U.S. Bank filed its Complaint which named HOA as a defendant [ECF No. 1]. On February 27, 2018, HOA filed its Motion to Dismiss Complaint [ECF No. 9]. The deadline for U.S. Bank to respond to the Motion to Dismiss is currently March 12, 2018. The Parties have discussed extending the deadline for U.S. Bank to file its response to March 26, 2018.

This is the first stipulation for extension of time for U.S. Bank to respond to HOA's

Motion to Dismiss. The extension is requested for scheduling reasons and is made in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file its response to HOA's Motion to Dismiss shall be extended to March 26, 2018.

DATED this 9th day of March, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4*

DATED this 9th day of March, 2018.

LEACH JOHNSON SONG & GRUCHOW

*/s/ T. Chase Pittsenbarger*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
*Attorneys for Defendant, El Capitan Ranch Landscape Maintenance Association*

**IT IS SO ORDERED.**

DATED this 12th day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court