# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff(s), <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendant(s). | Case No. 2:18-cv-00013-RFB-NJK <br><br> ORDER <br><br> (Docket No. 11) |

Pending before the Court is a demand for security of costs, Docket No. 11, which is hereby **GRANTED** as unopposed, Local Rule 7-2(d). A cost bond shall be posted within seven days of the issuance of this order.

IT IS SO ORDERED.

DATED: April 3, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge