| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>knielson@wrightlegal.net<br>*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; EL CAPITAN RANCH LANDSCAPE MAINTENANCE ASSOCIATION,<br><br>Defendants. | Case No.: 2:18-cv-00013-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3 ("U.S. Bank"), and Defendant, SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 3, 2018, U.S. Bank filed its Complaint which named SFR as a defendant [ECF No. 1]. On April 16, 2018, SFR filed its Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) [ECF No. 23] (the "Motion"). Presently, the deadline for U.S. Bank to file and serve its response to SFR's Motion is April 30, 2018. The Parties have discussed extending the

1  deadline for U.S. Bank to file its response by two weeks to May 14, 2018.

2      This is the first stipulation for extension of time for U.S. Bank to respond to SFR's
3  Motion to Dismiss. The extension is requested in good faith and is not for purposes of delay or
4  prejudice to any other party.

5      WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED
6  that the deadline for U.S. Bank to file its response to SFR's Motion to Dismiss shall be extended
7  to May 14, 2018.

DATED this 30th day of April, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3*

DATED this 30th day of April, 2018.  
KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

DATED this __1st__ day of _____May_____, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge