WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3, and Proposed Substituted Plaintiff, U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee, for Ownit Mortgage Loan Trust, Ownit Mortgage Loan Asset-Backed Certificates, Series 2006-3*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; EL CAPITAN RANCH LANDSCAPE MAINTENANCE ASSOCIATION,<br><br>Defendants. | Case No.: 2:18-cv-00013-RFB-NJK<br><br>**ORDER RELEASING SECURITY BOND** |

Plaintiff, U.S. Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-3, and Proposed Substituted Plaintiff, U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee, for Ownit Mortgage Loan Trust, Ownit Mortgage Loan Asset-Backed Certificates, Series 2006-3 by and through its counsel of record, Robert A. Riether, Esq., opened this case by filing a complaint on January 3, 2018. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on April 4, 2018 (ECF No. 19). The Court granted the Stipulation and Order to

Dismiss on January 2, 2020. (ECF No. 83).

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 19, to:

> WRIGHT, FINLAY & ZAK, LLP
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, NV 89117

unless a party objects to this order by no later than 10 days.

Dated: January 8, 2020

_____
United States Magistrate Judge